```
REBECCA ELAINE SANDERS        HATTIESBURG CLINIC
MICKEY RAY SANDERS            415 SOUTH 28TH AVE
769 TRACE RD                  HATTIESBURG, MS 39401
MONTICELLO, MS 39654


THOMAS C. ROLLINS, JR.        KEESLER FCU
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                2602 PASS RD
JACKSON, MS 39236             BILOXI, MS 39531


ALLY FINANCIAL, INC           KINGS DAUGHTERS
ATTN: BANKRUPTCY              P.O. BOX 5440
PO BOX 380901                 HIGHWAY 51 N
BLOOMINGTON, IL 55438         BROOKHAVEN, MS 39603-5440


CAINE & WEINER                LVNV FUNDING
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD           PO BOX 10497
SHERMAN OAKS, CA 91411        GREENVILLE, SC 29603


CAPITAL ONE                   MICKEY RAY SANDERS, SR
ATTN: BANKRUPTCY              1157 LOWERY RD
P.O. BOX 30285                WESSON, MS 39191
SALT LAKE CITY, UT 84130


CASCADE FINANCIAL             TOWER LOAN
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
2701 E INSIGHT WAY            PO BOX 320001
STE 150                       FLOWOOD, MS 39232
CHANDLER, AZ 85286

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054



FERGUS FCU
1026 E BROAD ST
MONTICELLO, MS 39654



FORREST GENERAL HOSP
6051 MS HWY 49
HATTIESBURG, MS 39401
```