Certificate Number: 17082-MSS-DE-040056856

Bankruptcy Case Number: 25-50889



17082-MSS-DE-040056856

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2025, at 8:07 o'clock AM MST, REBECCA SANDERS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  September 5, 2025          By:  /s/Orsolya K Lazar

                                  Name:  Orsolya K Lazar

                                  Title:  Executive Director