Certificate Number: 17082-MSS-DE-040056857

Bankruptcy Case Number: 25-50889



17082-MSS-DE-040056857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2025, at 8:07 o'clock AM MST, MICKEY R SANDERS Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   September 5, 2025          By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director